LEWIS A. SERKIN v. TOWNSHIP OF OCEAN.

July 11, 1985.

Petition for certification denied.  (See 201 *N.J.Super.* 392)

CHERYL D. SHIELDS v. BOARD OF REVIEW.

July 11, 1985.

Petition for certification denied.

MARIE BRIJA v. JOHN BRIJA.

July 11, 1985.

Petition for certification denied.

MARIE BRIJA v. JOHN BRIJA.

July 11, 1985.

Cross-petition for certification denied.

STATE OF NEW JERSEY v. NORUS ACHMETOV.

July 11, 1985.

Petition for certification denied.